IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1212-JLK**

**TAMMERA GORDINEER,**
**ELIZABETH JOHNSON,**
**NOCHOLE STAGGS,**

    Plaintiffs,

v.

**ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS,**
**DAN BEECK,**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend First Stipulated Scheduling and Discovery Order (doc. #24), filed October 29, 2012, is **GRANTED**. Plaintiffs' Motion for Conditional Class Certification shall be filed on or before November 13, 2012. Defendants' Response/ Opposition to Motion for Conditional Class Certification shall be filed on or before December 17, 2012. Plaintiffs' Reply, if any, shall be filed on or before January 7, 2013.

---

Dated: October 31, 2012