IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1212-JLK**

**TAMMERA GORDINEER,**
**ELIZABETH JOHNSON,**
**NOCHOLE STAGGS,**

    Plaintiffs,

v.

**ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS,**
**DAN BEECK,**

    Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Scheduling Order to Permit Four Day Extension of Time to File Reply Brief (doc. #28), filed January 4, 2013, is **GRANTED**. Plaintiffs' Reply shall be filed on or before January 11, 2013.

---

Dated: January 7, 2013