IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-1212-JLK

TAMMERA GORDINEER,
ELIZABETH JOHNSON and
NICHOLE STAGGS,

    Plaintiffs,

v.

ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS and
DAN BEECK,

    Defendants.

## ORDER RE SECOND AMENDED SCHEDULING AND DISCOVERY ORDER

Kane, J.

The parties' Second Joint Motion to Amend the First Stipulated Scheduling and Discovery Order, Doc. 37, is GRANTED. The First Stipulated Scheduling and Discovery order is hereby modified as follows:

- Sections 6(f) and (g), Interrogatory Schedule and Schedule for Request for Production of Documents, are amended to provide that written discovery requests must be served no later than 33 days before the discovery cut-off date.

- Section 6(h), Discovery Limitations, is amended to provide that each party will answer up to 30 interrogatories, 30 requests for production of documents, and 30 requests for admission (exclusive of document authentication requests). This does not affect any party's right to object to the substance of any such interrogatory or request.

- The parties may take 12 depositions per side.

DATED:     July 18, 2013                    BY THE COURT:

                                            *s/John L. Kane*
                                            John L. Kane, U.S. Senior District Judge