IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1212-JLK**

**TAMMERA GORDINEER,
ELIZABETH JOHNSON, and
NOCHOLE STAGGS,**

      Plaintiffs,

v.

**ROCKY MOUNTAIN OFFENDER MANAGEMENT SYSTEMS, and
DAN BEECK,**

      Defendants.

## ORDER REJECTING STIPULATION FOR APPROVAL OF SETTLEMENT AND DISMISSAL

Kane, J.

This matter is before the court on the parties' Stipulation for Approval of Settlement and Dismissal (doc. #59), filed January 22, 2014. I will not approve the proposed Stipulation. If the parties wish to dismiss this case, with prejudice, they may do so, but not with the imprimatur of the court's approval of a confidential settlement agreement. This court is a public institution performing public acts in the interests of the public. Moreover, I will not cheapen the judicial process of approving the payment of funds by a party who denies liability. The parties are free to litigate in a public forum. They are likewise free to arbitrate or negotiate in secrecy. It is the court's responsibility to do the former, but not the latter.

Dated this 27th day of January, 2014.

                                                    BY THE COURT:

                                                  *s/John L. Kane*
                                                  John L. Kane, Senior Judge
                                                  United States District Court